AO 245B (Rev 06/05) (Rev DC 12/15/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | **FILED** |
| KOO'S SHIPPING COMPANY S.A. | Case Number: 11-0034-01 |
| | APR 04 2011 |
| | USM Number: |
| | Clerk, U.S. District and Bankruptcy Courts |
| | Michael G. Chalos, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1, 2 and 3 of the Information

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 33 USC 1908(a) | Knowing Failure to Maintain Accurate Oil Record Book | 8/18/2010 | 1 |

The defendant is sentenced as provided in pages 2 through __10__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 31, 2011
Date of Imposition of Judgment

*/s/ Gladys Kessler*
Signature of Judge

Gladys Kessler,                     U.S. District Judge
Name of Judge                       Title of Judge

April 4, 20111
Date

AO 245B   (Rev 06/05) Judgment in a Criminal Case
         Sheet 1A

Judgment—Page 2 of 10

DEFENDANT: KOO'S SHIPPING COMPANY S.A.
CASE NUMBER: 11-0034-01

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 33 USC 1908(a) | Discharge Without Operating Oil Separating Equipment | 8/26/2010 | 2 |
| 18 USC 10001(a)(3) | False Statement | 8/18/2010 | 3 |

DEFENDANT: KOO'S SHIPPING COMPANY S.A.
CASE NUMBER: 11-0034-01

## PROBATION

The defendant is hereby sentenced to probation for a term of :

Three (3) years on Counts 1, 2 and 3 of the Information; counts to run concurrently.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment—Page 4 of 10

DEFENDANT: KOO'S SHIPPING COMPANY S.A.
CASE NUMBER: 11-0034-01

# ADDITIONAL PROBATION TERMS

The corporation shall abide by the general conditions of supervision adopted by the US Probation Office. The corporation shall also comply with the following special conditions:

Community Service Payment - The corporation shall pay a total of $250,000 as follows: $125,000 to the National Marine Sanctuary Foundation and $125,000 to the National Fish and Wildlife Foundation. Payment is due on the date of sentencing and payable to the US District Court Clerk's Office for disbursement.

Environmental Compliance Program - The corporation shall fund and implement the environmental remedial measures pursuant to the provisions described in Attachment A of the written Plea Agreement filed in this case

Notification Requirements - The corporation shall provide immediate notice to the Environmental Crimes Section, the United States Attorney's Office and the United States Coast Guard of any of the following: any corporate name change(s); any purchase or sale of vessels; any purchase, sale or reorganization or divestiture; or any other change impacting upon or affecting the Plea Agreement or the Environmental Compliance Plan.

No Further Violations - The corporation shall commit no further violations of MARPOL 73/78, the Clean Water Act, federal, state or local law, including those laws and regulations for which primary enforcement has been delegated to the state authorities, and shall conduct all operations in accordance with environmental laws of the United States.

DEFENDANT: KOO'S SHIPPING COMPANY S.A.
CASE NUMBER: 11-0034-01

# CRIMINAL MONETARY PENALTIES

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,200.00 | $ 750,000.00 | $ 250,000.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| National Fish and Wildlife Foundation<br>Thomas Kelsch<br>113 15th Street, NW, Suite 1100<br>Washington, DC 20005 | | $125,000.00 | |
| National Marine Sanctuary Foundation<br>Jason M. Patlis<br>8601 Georgia Avenue<br>Suite 501<br>Silver Spring, MD 20910 | | $125,000.00 | |
| **TOTALS** | $ 0.00 | $ 250,000.00 | |

☑ Restitution amount ordered pursuant to plea agreement $ 250,000.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the ☑ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: KOO'S SHIPPING COMPANY S.A.
CASE NUMBER: 11-0034-01

Judgment — Page 6 of 10

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ __250,000.00__ due immediately, balance due

   ☐ not later than _____ , or
   ☒ in accordance   ☒ C,   ☐ D,   ☐ E, or   ☐ F below; or

B ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C ☒ Payment in equal __yearly__ (e.g., weekly, monthly, quarterly) installments of $ __250,000.00__ over a period of __3__ (e.g., months or years), to commence __1 year__ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.